# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LANCE ELLIS

NO. 2021 KW 0051

**MARCH 15, 2021**

---

In Re:    Lance Ellis, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 29,911.

---

**BEFORE:    McDONALD, HOLDRIDGE, AND PENZATO, JJ.**

**WRIT DENIED.**

**JMM**
**GH**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT